# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 17-01126 JVS (SKx) | Date | July 10, 2017 |
| Title | Gonzalez v. The Wolf Firm | | |

| Present: The Honorable | James V. Selna | |
|---|---|---|
| Karla J. Tunis | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS)** <u>**Order To Show Cause re Lack of Jurisdiction**</u>

      The Court has made a preliminary review of the Complaint filed by Gladys Gonzalez and Nana–I AM on June 30, 2017. The Complaint asserts jurisdiction in this Court on the basis that the subject property is located in Los Angeles County. Location of property is not a basis for federal jurisdiction. There is no apparent basis for jurisdiction on the face of the Complaint.

      Plaintiffs are ordered to show cause in writing within fifteen days why the Complaint should not be dismissed for lack of jurisdiction. Alternatively, Plaintiffs may file an amended complaint setting forth a basis for federal jurisdiction.

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |